## MASSOOD & BRONSNICK, LLC

COUNSELLORS AT LAW

50 PACKANACK LAKE ROAD EAST
Wayne, New Jersey 07470-6663
(973) 696-1900
Fax (973) 696-4211

Email: ABRONSNICK@MASSOODLAW.COM

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*
_____

°Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars
+ NJ, NY, DC and WA Bars

KEVIN J. SAVAGE +
BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^
KIMBERLY A. KOPP

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

January 28, 2013

**<u>Via ECF</u>**
William T. Walsh
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   *Re: Neurological Surgery Associates P.A. a/s/o A.S. v. Qualcare, Inc.; et al.*
     *Civil Action No.: 2:12-cv-5210*

Dear Mr. Walsh:

  Our firm represents the Plaintiff in the above-referenced matter. On December 12, 2012 we submitted an Amended Complaint adding a new defendant to the action. We respectfully request a summons be issued for Englewood Hospital.

  Should you have any questions, please feel free to contact me. Thank you for your attention to this matter.

         Respectfully,

         *s/Andrew Bronsnick*
         _____
         ANDREW R. BRONSNICK, ESQ.

ARB/jda
cc: Lisa M. Fittipaldi, Esq. (Via ECF)