JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT ENGLEWOOD HOSPITAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROSURGICAL SPINE SPECIALISTS OF N.J. a/s/o A.S., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>QUALCARE INC.; ENGLEWOOD HOSPITAL; ABC CORP. (1-10) (Said names being fictitious and unknown entities) <br><br>　　　　Defendants. | Civil Action No. 12-5210 <br><br><br> APPLICATION FOR CLERK'S ORDER PURSUANT TO LOCAL CIVIL RULE 6.1 FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY |

Application is hereby made for a Clerk's order extending the time within which Defendant Englewood Hospital ("Defendant') may answer, move or otherwise reply to the Amended Complaint filed by Plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. The first receipt by Defendant of the Summons and Complaint was on March 4, 2013;

3. The time to answer, move, or otherwise reply expires on March 25, 2013; and

4.  Defendants hereby request that the time within which it may file an answer, move, or otherwise reply to the complaint herein be extended by fourteen (14) days to April 8, 2013.

> JACKSON LEWIS LLP
> 220 Headquarters Plaza
> East Tower, 7th Floor
> Morristown, New Jersey 07960
> (973) 538-6890
>
> By: s/Carla D. Macaluso
> Carla D. Macaluso
> ATTORNEYS FOR DEFENDANT

Dated: March 22, 2013

The above application is ORDERED GRANTED. The time for Defendant to file an answer, motion or otherwise reply is extended until April 8, 2013.

ORDER DATED: _____, 2013

By: _____

221464 Pleading - Extension of Time.docx
4833-5030-2483, v. 1