JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT ENGLEWOOD HOSPITAL & MEDICAL CENTER

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROSURGICAL SPINE SPECIALISTS OF N.J. a/s/o A.S., <br><br> Plaintiffs, <br><br> v. <br><br> QUALCARE INC.; ENGLEWOOD HOSPITAL; ABC CORP. (1-10) (Said names being fictitious and unknown entities) <br><br> Defendants. | Civil Action No. 12-5210 <br><br><br> **DEFENDANT'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Englewood Hospital & Medical Center ("Defendant") hereby discloses that (i) it is a non-governmental entity; (ii) Defendant's parent corporation is Englewood Healthcare System; and (iii) no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890

By: s/ Carla D. Macaluso
Carla D. Macaluso
ATTORNEYS FOR DEFENDANT

Dated: April 1, 2013

221464 Pleading - Defendant's 7.1 disclosure statement.doc
4851-6302-8243, v. 1