JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT ENGLEWOOD HOSPITAL & MEDICAL CENTER

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROSURGICAL SPINE SPECIALISTS OF NJ a/s/o A.S., | :<br>:<br>: |
| Plaintiff, | : Civil Action No. 2:12-cv-5210 (CCC) (JAD) |
| v. | : |
| QUALCARE INC.; ENGLEWOOD HOSPITAL; ABC CORP. (1-10) (Said names being fictitious and unknown entities), | : **DECLARATION OF**<br>: **CARLA D. MACALUSO** |
| Defendants. | : |

Carla D. Macaluso, of full age, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am a Partner with the law firm of Jackson Lewis LLP, attorneys for Defendant Englewood Hospital & Medical Center ("Defendant") in the within matter. I make this declaration in support of Defendant's motion to dismiss Plaintiff's Amended Complaint in part. I am fully familiar with the facts stated herein.

2. A true and correct copy of Plaintiff's Amended Complaint is attached hereto as Exhibit A.

3. A true and correct copy of Zahl v. Cigna Corp., 2010 U.S. Dist. LEXIS 32268 (D.N.J. Mar. 31, 2010) is attached hereto as Exhibit B.

4. A true and correct copy of Sciotto v. U.S. Healthcare Systems of Pa., 2001 U.S. Dist. LEXIS 20103 (E.D.Pa. Dec. 5, 2001) is attached hereto as Exhibit C.

1

5. A true and correct copy of Temple University Hospital, Inc. v. Group Health, Inc., 2006 U.S. Dist. LEXIS 48151 (E.D. Pa. July 13, 2006) is attached hereto as Exhibit D.

6. A true and correct copy of Beye v. Horizon Blue Cross and Blue Shield of New Jersey, 568 F. Supp. 2d 556 (D.N.J. Aug. 1, 2008) is attached hereto as Exhibit E.

7. A true and correct copy of Montvale Surgical Center v. Horizon Blue Cross and Blue Shield of New Jersey, 2013 U.S. Dist. LEXIS 15327 (D.N.J. 2013) is attached hereto as Exhibit F.

8. A true and correct copy of Fleisher v. Standard Ins. Co., 2011 U.S. Dist. LEXIS 46756 (D.N.J. May 2, 2011) is attached hereto as Exhibit G.

9. A true and correct copy of Morley v. Avaya, Inc. Long Term Disability Plan, 2006 U.S. Dist. LEXIS 53720 (D.N.J. Aug. 6, 2006) is attached hereto as Exhibit H.

10. A true and correct copy of Delong v. Aetna Life Ins. Co., 232 Fed. Appx. 190, 193 (3d Cir. 2007) is attached hereto as Exhibit I.

11. A true and correct copy of McDonough v. Horizon Blue Cross Blue Shield of New Jersey, 2011 U.S. Dist. LEXIS 108903 (D.N.J. Sept. 23, 2011) is attached hereto as Exhibit J.

12. I declare under penalty of perjury that the foregoing statements made by me are true.

By: s/ Carla D. Macaluso
Carla D. Macaluso

Dated: April 29, 2013

4822-0961-2051, v. 1