JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT ENGLEWOOD HOSPITAL & MEDICAL CENTER

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROSURGICAL SPINE SPECIALISTS OF N.J. a/s/o A.S., <br><br> Plaintiffs, <br><br> v. <br><br> QUALCARE INC.; ENGLEWOOD HOSPITAL; ABC CORP. (1-10) (Said names being fictitious and unknown entities) <br><br> Defendants. | Civil Action No. 2:12-cv-5210 (CCC) <br><br><br> **AMENDED PRETRIAL SCHEDULING ORDER** |

The parties, by and through counsel, Plaintiff Neurosurgical Spine Specialists of N.J. a/s/o A.S., being represented by Massood & Bronsnick, LLC, Defendant Englewood Hospital & Medical Center, being represented by Jackson Lewis LLP, and Defendant QualCare, being represented by DiFrancesco, Bateman, Coley, Yospin, Kunzman, David & Lehrer, pursuant to the Court's June 14, 2013 instruction, and for good cause shown;

IT IS on this 19th day of June 2013,

**ORDERED** that fact discovery is to remain open through September 6, 2013. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown; and

**IT IS FURTHER ORDERED** that the Court shall conduct a telephone status conference on August 19, 2013 at 11:30 a.m. Counsel for Englewood Hospital & Medical Center shall

initiate the call;

**IT IS FURTHER ORDERED** dispositive motions, if any, are to be filed by **[date to be determined]**; and

**IT IS FURTHER ORDERED** a final pretrial conference shall be conducted pursuant to Civil Rule 16(d) at **[a time and date to be assigned]**.

_____
**HONORABLE JOSEPH A. DICKSON**
**United States Magistrate Judge**

221464 Pleading - Proposed Scheduling Order.doc
4826-5333-6084, v. 1

2