# jackson | lewis
Attorneys at Law

CARLA D. MACALUSO
Email Address: macalusc@jacksonlewis.com

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
Tel 973 538-6890
Fax 973 540-9015
www.jacksonlewis.com
Richard J. Cino - Managing Partner

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DENVER, CO

DETROIT, MI
GRAND RAPIDS, MI
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MEMPHIS, TN
MIAMI, FL

MILWAUKEE, WI
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR

PORTSMOUTH, NH
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAINT LOUIS, MO
SAN DIEGO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
TAMPA, FL
WASHINGTON, DC REGION
WHITE PLAINS, NY

June 25, 2013

**VIA ELECTRONIC FILING**
The Honorable Joseph A. Dickson, U.S.M.J.
United States District Court for the
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 2C
Newark, NJ  07102

       Re: Neurosurgical Spine Specialists of NJ v.
          QualCare; Englewood Hospital
          <u>Civil Action No. 2:12-cv-05210-CCC-JAD</u>

Dear Judge Dickson:

   This firm represents Defendant Englewood Hospital and Medical Center in the above matter.  Enclosed please find a duly executed Stipulation and Consent Order to Dismiss Counts Two, Four, Five, Six and Seven of Plaintiff's Amended Complaint with Prejudice ("Stipulation").  If same meets with Your Honor's approval, kindly sign the Stipulation.

   We thank the Court for its attention to this matter.

            Respectfully submitted,

            JACKSON LEWIS LLP


            <u>s/ Carla D. Macaluso</u>
            Carla D. Macaluso

CDM/lac
Enclosure
cc: Andrew R. Bronsnick (via ECF)
   Lisa F. Fittipaldi (via ECF)