**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROSURGICAL SPINE SPECIALISTS OF NJ a/s/o A.S., <br><br>Plaintiffs(s), <br><br>v. <br><br>QUALCARE INC.; ENGLEWOOD HOSPITAL; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br>Defendant(s), | CIVIL ACTION NO.: 12-5210 <br><br>**CIVIL ACTION** <br><br>**STIPULATION AND CONSENT ORDER TO DISMISS COUNTS TWO, FOUR, FIVE, SIX AND SEVEN OF PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY CONSENT OF THE PARTIES THAT this matter being brought to the court by the law offices of Massood & Bronsnick, LLC as attorneys for Plaintiffs, Neurosurgical Spine Specialist of NJ a/s/o A.S,. and Carla D. Macaluso, Esq., Jackson Lewis LLP attorneys for Defendant Englewood Hospital and Medical Center ("Englewood"), with mutual consent of all the undersigned for an Order consenting to the dismissal of counts Two, Four, Five, Six, and Seven of the Amended Complaint with prejudice as to Englewood. Further, the undersigned agree to the dismissal of the jury charge demand and Plaintiffs' requests for compensatory and other non-contractual damages. With respect to the remaining count

against Englewood, Plaintiff is seeking the payment of benefits in accordance with and subject to the terms of the relevant employee benefit plan.

Massood & Bronsnick, LLC

ANDREW R. BRONSNICK, ESQ.
*Attorney for Plaintiffs*

Jackson Lewis, LLP

CARLA D. MACALUSO, ESQ.
*Attorney for Defendant, Englewood Hospital*

Dated: June 24, 2013

So ORDERED this ___ day of _____, 2013

_____
Honorable Joseph A. Dickson, U.S.M.J.

4838-2762-0884, v. 1