# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF** | **USPO & COURTHOUSE** |
| **MARK FALK** | **1 FEDERAL SQ., ROOM 457** |
| **UNITED STATES MAGISTRATE JUDGE** | **NEWARK, NJ 07101** |
| | **(973) 645-3110** |

September 11, 2013

**TO ALL COUNSEL OF RECORD**

    Re:    <u>Neurosurgical Spine v. Qualcare, 12-5210 (CCC)</u>

Dear Counsel:

    Please be advised that I have been assigned case management responsibilities in the above referenced matter. Within seven days of receipt of this letter, I would like to receive, from each party, a confidential letter, not to exceed 7 double spaced pages, summarizing the relevant facts, the respective legal positions, status of the case, the client's position on settlement, and any pending motions. The letters should not be electronically filed.

    An in-person case management conference will be scheduled in the near future. All counsel are expected and required to be in Court on time and ready to proceed.

    If you have any questions, you may contact my staff at the number listed above.

    Very truly yours,

    /s/   Mark Falk
**MARK FALK**
**United States Magistrate Judge**